# EXHIBIT A

# THE PLAINTIFFS ARE SEEKING TO FILE EXHIBIT A UNDER SEAL