**From:** Edith Thomas
**Sent:** Wednesday, January 3, 2024 12:52 PM
**To:** Richard Basile <rearsb@gmail.com>; Michael Amster <mamster@zagfirm.com>
**Subject:** FW: Tierno Care

Richard –

I wanted to reach our one more time to see if your client will be able to pay the agreed upon installment, before we are forced to seek court intervention. Thanks, Edith

Edith K. Thomas
**ZIPIN, AMSTER & GREENBERG, LLC**
Office: (301) 587-9373
ethomas@zagfirm.com

This email is a confidential and privileged communication from an attorney. If you are not the intended recipient, please notify the sender and delete this email.

**From:** Richard Basile <rearsb@gmail.com>
**Sent:** Tuesday, December 5, 2023 9:12 AM
**To:** Michael Amster <mamster@zagfirm.com>
**Subject:** Re: Tierno Care

Good morning,
She is about to be evicted now. I don't know if she has the money.

On Mon, Dec 4, 2023 at 10:55 AM Michael Amster <mamster@zagfirm.com> wrote:

Richard,

Your clients' first payment of $2,000 was due on December 1, 2023. We have not yet received it. Please let me know the status of this matter.

Michael

Michael K. Amster

Zipin, Amster & Greenberg, LLC

8757 Georgia Avenue Suite 400

Silver Spring, MD 20910

Telephone: 301-587-9373

Direct: 240-428-1053

Fax: 240-839-9142

mamster@zagfirm.com

www.zaglawfirm.com

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

**From:** Richard Basile <rearsb@gmail.com>
**Sent:** Wednesday, August 2, 2023 1:10 PM
**To:** Michael Amster <mamster@zagfirm.com>
**Subject:** Re: Tierno Executed Settlement Terms Sheet

I am having my clients sign now.

On Wed, Aug 2, 2023 at 10:04 AM Michael Amster <mamster@zagfirm.com> wrote:

Richard,

Please let me know if you approve of the agreement so I can finalize it and have my clients execute.

Michael

Michael K. Amster

Zipin, Amster & Greenberg, LLC

8757 Georgia Avenue Suite 400

Silver Spring, MD 20910

Telephone: 301-587-9373

Direct: 240-428-1053

Fax: 240-839-9142

mamster@zagfirm.com

www.zaglawfirm.com

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

**From:** Riede, Hans P. <Hans.Riede@quarles.com>
**Sent:** Monday, July 31, 2023 11:33 AM
**To:** Michael Amster <mamster@zagfirm.com>; Kirsten Bickelman <Kirsten_Bickelman@dcd.uscourts.gov>; Belger, Sarah A. <Sarah.Belger@quarles.com>
**Subject:** RE: Tierno Executed Settlement Terms Sheet

Hi Michael our few redlines are coming your way later today.



**Hans P. Riede | Partner**
Hans.Riede@quarles.com | D. 202-372-9529 | M. 703-244-0852

Quarles & Brady LLP
2020 K Street, NW, Suite 400, Washington, DC 20006-1806
BIO | vCard | quarles.com | LinkedIn
Assistant: Jordan Agren, 202-780-2653

**From:** Michael Amster <mamster@zagfirm.com>
**Sent:** Monday, July 31, 2023 11:11 AM
**To:** Kirsten Bickelman <Kirsten_Bickelman@dcd.uscourts.gov>; Belger, Sarah A. (WDC x5511) <Sarah.Belger@quarles.com>; Riede, Hans P. (WDC x5529) <Hans.Riede@quarles.com>
**Subject:** RE: Tierno Executed Settlement Terms Sheet

Hans,

I am still waiting for you to approve the settlement agreement. The last time we spoke, you said that it was fine but you had one small edit. Since then, I have not received anything back. It has been two weeks since the mediation. We need to finalize this.

Michael K. Amster

Zipin, Amster & Greenberg, LLC

8757 Georgia Avenue Suite 400

Silver Spring, MD 20910

Telephone: 301-587-9373

Direct: 240-428-1053

Fax: 240-839-9142

mamster@zagfirm.com

www.zaglawfirm.com [zaglawfirm.com]

This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

**From:** Kirsten Bickelman <Kirsten_Bickelman@dcd.uscourts.gov>
**Sent:** Friday, July 21, 2023 9:17 AM
**To:** Richard Basile <rearsb@gmail.com>; Belger, Sarah A. <Sarah.Belger@quarles.com>; Michael Amster <mamster@zagfirm.com>; Riede, Hans P. <hans.riede@quarles.com>; Edith Thomas <ethomas@zagfirm.com>
**Subject:** RE: Tierno Executed Settlement Terms Sheet

Thank you, Counsel. I've now received the executed term sheet from all Parties. Once the Parties enter a Stipulation of Dismissal on the docket, the term sheet will be destroyed.

Thank you,

Kirsten

**From:** Richard Basile <rearsb@gmail.com>
**Sent:** Thursday, July 20, 2023 4:40 PM
**To:** Kirsten Bickelman <Kirsten_Bickelman@dcd.uscourts.gov>; Belger, Sarah A. <Sarah.Belger@quarles.com>; Michael Amster <mamster@zagfirm.com>; Riede, Hans P. <hans.riede@quarles.com>; Edith Thomas <ethomas@zagfirm.com>
**Subject:** Tierno Executed Settlement Terms Sheet

**CAUTION - EXTERNAL:**

Good afternoon,

Please see attached Settlement Terms Sheet executed by Tierno and J&S.

Thank you,

--

Richard S. Basile

The Law Office of Richard S. Basile, P.A.
6305 Ivy Lane
Suite 510

Greenbelt, MD. 20770
ph (301) 441-4900
rearsb@gmail.com

www.richardbasilelaw.com [richardbasilelaw.com]

This message is from a law firm and may contain information that is confidential or legally privileged.  If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.  Thank you for cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.

--

Richard S. Basile

The Law Office of Richard S. Basile, P.A.
6305 Ivy Lane
Suite 510

Greenbelt, MD. 20770
ph (301) 441-4900
rearsb@gmail.com

www.richardbasilelaw.com


This message is from a law firm and may contain information that is confidential or legally privileged.  If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.  Thank you for cooperation.


--
Richard S. Basile
The Law Office of Richard S. Basile, P.A.
6305 Ivy Lane
Suite 510
Greenbelt, MD. 20770
ph (301) 441-4900
rearsb@gmail.com
www.richardbasilelaw.com

This message is from a law firm and may contain information that is confidential or legally privileged.  If you are not the intended recipient, please immediately advise the sender by reply email that this

message has been inadvertently transmitted to you and delete this email from your system.  Thank you for cooperation.